UNITED STATES *versus* ONE BARREL COFFEE, ONE CHEST TEA, AND SEVENTY MUSKRAT SKINS, CLAIMED BY AUGUSTIN LA-GRAVE AND JAMES MAY. 

JOURNAL ENTRIES: (1) Oct. 6, 1815: transferred from record of clerk of "Supreme Court of the Territory of Michigan sitting as such"; (2) Oct. 9, 1815: libel filed, claims made, waiver of notice, claim and answer filed, evidence heard, property condemned, sale ordered, notice of sale ordered; (3) Oct. 10, 1815: motion by claimants for mitigation of penalties; (4) Oct. 16, 1815: testimony heard and ordered transmitted to Secretary of

Treasury; (5) Dec. 15, 1815: order re notice of sale amended.

PAPERS IN FILE: See *Transactions 1814–1824*, I, 54, case 488.

*File No. . . . .*